UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILLY MORRIS BRITT,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | Case No.   C10-0516-RSL<br>                 (CR08-0426-RSL)<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is adopted;

(2) Petitioner's § 2255 motion (Dkts. 1, 1-2) is DENIED and this case is DISMISSED with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 25th day of August, 2010.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL
PAGE - 1